IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
     APR 23 2009
CLERK, U.S. DISTRICT COURT
   By _____
              Deputy
```

---

JANE DOES 1 - 3
   Plaintiffs

V.

SUNG BUM CHANG,
HYANG KYUNG CHANG, AND
CLUB WA D/B/A WA
ENTERTAINMENT, INC.
   Defendants

Civil Action # 3-08-CV-2189-N

---

## DEFENDANT'S ORIGINALANSWER

1. Defendant, Hyang Kyung Chang, was served with a copy of the Summon for this Civil Action on April 7th, 2009, at 565 West Oates Rd # 166 Garland, Tx. 75043

2. Defendant, denies each and every one the allegations made by the Plaintiffs. Defendant requires the identity of the Plaintiffs to specifically rebut the allegation.
No valid safety concerns exist here to warrant withholding the identity of the Plaintiffs.

3. Furthermore, Petitioners' claims are barred by the Statute of Limitations and this Court lacks subject matter and personal jurisdiction for the claims.

4. Accordingly, Defendant submits that Plaintiffs are not entitled to any relief at the present time or in the future.

Respectfully Submitted,

_____

Hyang Kyung Chang
(Defendant)
565 West Oates Rd # 166
Garland, Tx. 75043

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2009, a copy of this document was served upon Luis G. Zambrano, Fulbright & Jaworski L.L.P., 2200 Rose Avenue, Suite 2800, Dallas, Texas 75201, by depositing it at the Garland post office mailbox with first class postage attached.

_____

Hyang Kyung Chang

SUBSCRIBED AND SWORN TO BEFORE ME on this 17 day of April, 2009.

JUDY LONG
NOTARY PUBLIC
STATE OF TEXAS
MY Commission Expires
March 14, 2011

_____
NOTARY PUBLIC, IN AND FOR
STATE OF TEXAS

My commission expires: 3-14-11





Office of the Clerk
United States District Court
Northern District of Texas
Dallas Division
1100 Commerce Street
Room 1452
Dallas, Texas 75242-1495

HWANG KYUNG CHANG
565 West Oates Rd # 166
Garland Tx. 75043