IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOES 1-3, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-2189-N |
| | § | |
| SUNG BUM CHANG, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses Plaintiffs' motion seeking leave to proceed anonymously [4]. No party has filed any opposition to the motion. Accordingly, the Court grants leave to Plaintiffs to proceed anonymously, without prejudice to reconsideration should any party subsequently oppose the request. The Court denies the balance of relief requested in the motion.

Signed May 8, 2009.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE