IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOES 1-3, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIV. ACTION NO. 3:08-CV-02189 |
| | § | |
| SUNG BUM CHANG, HYANG KYUNG CHANG, AND CLUB WA d/b/a/ WA ENTERTAINMENT, INC., | § § § | |
| | § | |
| Defendants. | § | |

**Clerk's Entry of**
[PROPOSED] DEFAULT

This action, having been commenced on or about December 11, 2008, and a copy of the Original Complaint filed by Plaintiffs, Jane Does I-III, having been served on Defendants Sung Bum Chang and Club Wa d/b/a Wa Entertainment, Inc. on January 8, 2009, and on Defendant Hyang Kyung Chang on April 8, 2009, and Defendants having failed to answer the Original Complaint or otherwise plead, and the time for answering the Original Complaint having expired:

**THEREFORE**, on request of counsel, Default is hereby entered against Sung Bum Chang, Hyang Kyung Chang, and Club Wa d/b/a Wa Entertainment, Inc.

Dated this 31 day of August, 2010.

Clerk of Court

_____
Deputy Clerk