# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-11120

JANE DOES 1-3,

    Plaintiffs- Appellees

v.

SUNG BUM CHANG,

    Defendant - Appellant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF T
FILED
FEB - 3 2011
CLERK, U.S. DISTRICT
By _____ Deputy

Appeal from the United States District Court for the
Northern District of Texas, Dallas

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of January 26, 2011, for want of prosecution. The appellant failed to timely pay docketing fee.

                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                        Nancy F. Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals
By _____
Deputy   JAN 2011
New Orleans, Louisiana

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 26, 2011



Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242

   No. 10-11120,   Jane Does 1-3 v. Sung Chang  
        USDC No. 3:08-CV-2189

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Nancy F. Dolly, Deputy Clerk  
504-310-7683

cc w/encl:  
    Mr. Sung Bum Chang  
    Mr. Luis G Zambrano

*Mandate Issued - MDT-1 (all)*