IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOES 1-3, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-2189-N |
| | § | |
| SUNG BUM CHANG, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This Order addresses Plaintiff Jane Does 1-3's notice of nonsuit [76]. By this notice, Plaintiffs have dismissed their claims against Defendants.

The Court therefore orders the dismissal of all of Plaintiffs' claims without prejudice. The parties shall bear their own court costs.

Signed June 21, 2012.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE